**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                      CASE NO: 3:99CR81-001\LAC

GREGORY PAUL LAKE,
    Defendant.
_____/

**ORDER REDUCING SENTENCE**

    Before the Court is the Government's Rule 35 Motion advising that a reduction in defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his substantial assistance to the Government in the prosecution of others.

    Defendant's sentence of confinement is, therefore, reduced on Count I from 310 months to 160 months and on Count 2 from 120 months to 60 months to run concurrent, one with the other. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 22 February 2000 shall remain unchanged.

    **ORDERED** this 17th day of July 2006.

                                                        *s/L.A. Collier*
                                                       LACEY A. COLLIER
                                                Senior United States District Judge